# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Pearl Insurance Group, LLC, | ) | Civil Action No. 0:18-cv-02353-JMC |
| Plaintiff, | ) | |
| | ) | **CONSENT ORDER** |
| vs. | ) | **EXTENDING HEARING DATE ON** |
| | ) | **PLAINTIFF'S MOTION FOR CIVIL** |
| David J. Baker and IGO Insurance Agency, Inc., | ) | **SEIZURE OF DEVICES, PRELIMINARY INJUNCTION AND EXPEDITED** |
| | ) | **DISCOVERY AND SUBSEQUENT** |
| Defendants. | ) | **DEADLINES** |
| | ) | |

**THIS MATTER** having come before the Court upon the application of Defendants, David J. Baker, by his attorneys, Jake Modla Law PLLC, and IGO Insurance Agency, by its attorneys, K&L Gates LLP ("Defendants"), and on notice to and with consent of counsel for Plaintiff, David E. Rothstein, for entry of an Order for a 30-day extension of the hearing date on Plaintiff's Motion for Civil Seizure of Devices, Preliminary Injunction and Expedited Discovery and related deadlines.

1. <u>October 18, 2018</u>. Hearing on Plaintiff's Motion for Civil Seizure of Devices, Preliminary Injunction and Expedited Discovery and Subsequent Deadlines.

2. <u>October 12, 2018</u>. Defendants' response to Plaintiff's Motion for Civil Seizure of Devices, Preliminary Injunction and Expedited Discovery and Subsequent Deadlines.

3. <u>October 16, 2018</u>. Plaintiff's reply to Defendants' response to Plaintiff's Motion for Civil Seizure of Devices, Preliminary Injunction and Expedited Discovery and Subsequent Deadlines.

Pursuant to Fed. R. Civ. P. 65(c), Plaintiff must pay a $5,000 security bond to pay the costs and damages sustained by any party found to have been wrongfully enjoined or

restrained.

Pursuant to Fed. R. Civ. 65(b), the Temporary Restraining Order will remain in place through the day of the preliminary injunction hearing.

The Court having considered this application, there being consent of all parties thereto, and for good cause shown,

IT IS, on the 4th day of September, 2018

IT IS SO ORDERED.

                                        s/J. Michelle Childs
                                        J. Michelle Childs
                                        United States District Judge

Columbia, South Carolina

| **WE CONSENT:** | **WE MOVE:** |
|---|---|

s/ DAVID E. ROTHSTEIN
David E. Rothstein
E-mail: drothstein@rothsteinlawfirm.com
ROTHSTEIN LAW FIRM
1312 August Street
Greenville, SC  29605
Telephone:  864-232-5870
Facsimile:  864-241-1386

*Attorney for Plaintiff*

s/ J. WALKER COLEMAN, IV
J. Walker Coleman, IV (Fed. ID No. 6007)
E-mail: walker.coleman@klgates.com
Karen E. Spain (Fed. ID No. 11982)
E-mail: karen.spain@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

*Attorneys for IGO Insurance Agency, Inc.*

And

s/ JACOB J. MODLA
Jacob J. Modla
JAKE MODLA LAW PLLC
454 S. Anderson Rd., Suite 303
Rock Hill, SC 29730
Telephone:  (803) 328-0898
Email:  jm@jakemodlalaw.com

*Attorneys for David J. Baker*