# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Pearl Insurance Group, LLC, | ) |
|         Plaintiff, | ) Civil Action No.: 0:18-cv-02353-JMC |
| v. | ) **ORDER** |
| David J. Baker and IGO Insurance Agency, Inc., | ) |
|         Defendants. | ) |

This matter is before the court on Plaintiff Pearl Insurance Group, LLC's ("Plaintiff") Motion for Temporary Restraining Order, for Preliminary Injunction, for Civil Seizure of Devices, and for Expedited Discovery. (ECF No. 6.) An emergency hearing was held regarding Plaintiff's Motion on August 27, 2018. (ECF No. 7.) Shortly after the emergency hearing, the court granted Plaintiff's Motion on August 29, 2018, and the court's Order and Opinion contains the relevant factual background concerning this matter. (ECF No. 10.)

The court held a status conference hearing, via telephone, on April 17, 2019 at 3:00 p.m. (ECF No. 38.) During the hearing, all counsel was present for the respective parties, and the court was informed that Defendant David J. Baker ("Defendant Baker") was no longer working for Defendant IGO Insurance Agency, Inc. ("Defendant IGO"). (*Id.*) Importantly, counsel mutually agreed to the following invitations and resolutions: (1) the denial, without prejudice, of Plaintiff's Motion for Temporary Restraining Order, for Preliminary Injunction, for Civil Seizure of Devices, and for Expedited Discovery; (2) the filing and service of Defendant Baker and Defendant IGO's Answer within thirty (30) days of this court's Order, or by May 21, 2019; (3) the return of Plaintiff's security bond in the amount of five thousand dollars and zero cents ($5,000.00) from

the Clerk of Court of the United States District Court for the District of South Carolina; and (4) the invitation to mediate this matter by a United States Magistrate Judge of the United States District Court for the District of South Carolina. During the hearing, all counsel agreed to these resolutions.

Accordingly, based upon the parties' agreements and representations during the hearing, the court **DENIES**, without prejudice, Plaintiff's Motion for Temporary Restraining Order, for Preliminary Injunction, for Civil Seizure of Devices, and for Expedited Discovery (ECF No. 6); **ORDERS** Defendant Baker and Defendant IGO to file and serve an Answer to Plaintiff's Complaint (ECF No. 1) within thirty (30) days of this court's Order, or by May 21, 2019; and **ORDERS** the Clerk of Court of the United States District Court for the District of South Carolina to return Plaintiff's security bond (ECF No. 16), in the amount of $5,000.00, to Plaintiff's counsel. Lastly, the court invites the parties to consider mediation with a United States Magistrate Judge of the United States District Court for the District of South Carolina.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

April 19, 2019
Columbia, South Carolina